Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MARTHA ARROYO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MARTHA ARROYO, ) | Case No.: |
| ) | |
| Plaintiff, ) | **COMPLAINT AND DEMAND FOR** |
| ) | **JURY TRIAL** |
| v. ) | |
| ) | |
| PHILLIPS & COHEN ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>VERIFIED COMPLAINT</u>

Plaintiff, MARTHA ARROYO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, PHILLIPS & COHEN ASSOCIATES, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act (RFDCPA), Cal. Civ. Code §1788, *et seq.*

///

///

- 1 -

PLAINTIFF'S COMPLAINT

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained within.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Sacramento, Sacramento County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection company, with a business office in Wilmington, Delaware.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant communicates with Plaintiff seeking and demanding payment for an alleged debt, on behalf of the original creditor, Wells Fargo Bank, N.A. (Defendant's internal Reference Number assigned to Plaintiff: 17073513).

12. Plaintiff's alleged debt owed to Wells Fargo Bank, N.A. arises from transactions for personal, family, and household purposes.

PLAINTIFF'S COMPLAINT

13. On April 29, 2010, Defendant mailed Plaintiff a letter that threatened legal action against Plaintiff. *See* Defendant's letter (redacted for privacy) to Plaintiff dated April 29, 2010, attached hereto as Exhibit A.

14. When Plaintiff received this letter (Exhibit A), Plaintiff believed that legal action had been, or soon will be brought against Plaintiff.

15. Defendant rarely, if ever, takes legal action against debtors.

16. Defendant did not intend to take legal action at the time Defendant mailed the April 29, 2010 letter (Exhibit A) to Plaintiff.

17. As of the date of the filing of this Complaint, Defendant has not taken any legal actions against Plaintiff.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   b. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   c. Defendant violated §1692e(5) of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

   d. Defendant violated §1692e(10) of the FDCPA using false and deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiff, MARTHA ARROYO, respectfully requests judgment be entered against Defendant, PHILLIPS & COHEN ASSOCIATES, INC., for the following:

19. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

23. Defendant violated the RFDCPA based on the following:

    a. Defendant violated the §1788.13(j) of the RFDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

    b. Defendant violated the §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692 et seq.

WHEREFORE, Plaintiff, MARTHA ARROYO, respectfully requests judgment be entered against Defendant, PHILLIPS & COHEN ASSOCIATES, INC., for the following:

24. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),

25. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and

26. Any other relief that this Honorable Court deems appropriate.

///

///

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MARTHA ARROYO, demands a jury trial in this case.

                                        RESPECTFULLY SUBMITTED,

DATED:  November 16, 2010        KROHN & MOSS, LTD.


                                    By:  /s/ Michael S. Agruss

                                      Michael S. Agruss
                                      Attorney for Plaintiff,
                                      MARTHA ARROYO

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF CALIFORNIA

Plaintiff, MARTHA ARROYO, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARTHA ARROYO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 11-13-2010                         _/s/ Martha Arroyo_

                                          MARTHA ARROYO

PLAINTIFF'S COMPLAINT

# **Exhibit A**

```
PO Box 48458
Oak Park, MI 48237
Return Service Requested
```

**Phillips & Cohen Associates, Ltd.**
Ph 866-329-6662  •  Fx 302-368-0970
Office Hours: M-Th: 8am-9pm, Fri: 8am-6pm
Sat: 8am-12pm

| CHECK CARD USING FOR PAYMENT | | |
|---|---|---|
| CARD NUMBER | | PAYMENT AMOUNT |
| CARD BILLING ADDRESS AND ZIP CODE | | |
| SIGNATURE | | EXP. DATE |

Check the box below if you are paying by credit card

04/29/10

☐
1002 Justison Street
Wilmington, DE 19801

MARTHA ARROYO

Reference #: 17073513
Balance: [redacted]

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:  Client:              Portfolio Recovery Associates, LLC.
     Original Creditor:   Wells Fargo Bank,N.A./Wells Fargo Bank,N.A.
     Client Acct #:       1047
     Reference #:         17073513
     Balance:             [redacted]

Dear MARTHA ARROYO:

Phillips & Cohen Associates, Ltd. has been retained by Portfolio Recovery Associates, LLC. to recover the outstanding amount owed to them on the above referenced account. Portfolio Recovery Associates, LLC. indicated to us that your account meets their litigation processing criteria, and is therefore approaching this matter with the utmost seriousness.

Our collection agreement with Portfolio Recovery Associates, LLC. stipulates that we make a reasonable attempt to give you the opportunity to satisfy this debt on a voluntary basis. This letter is designed to afford you the notice and opportunity to resolve your obligation without the necessity of pursuing further activity.

We prefer to work with you to resolve this matter without the need to initiate further activity to recover our client's money. Therefore, we recommend that you take advantage of this opportunity by sending payment in full in the amount of [redacted].

You have a very important decision to make. To take advantage of this opportunity, return this notice with payment in the envelope provided. Should you have any questions, please contact our office at 866-329-6662.

Sincerely,
Phillips & Cohen Associates, Ltd.

**\*\* IMPORTANT CONSUMER INFORMATION \*\***

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

NOTICE TO RESIDENTS OF CALIFORNIA:
THE STATE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT REQUIRE THAT, EXCEPT UNDER UNUSUAL CIRCUMSTANCES, COLLECTORS MAY NOT CONTACT YOU BEFORE 8AM OR AFTER 9PM. THEY MAY NOT HARASS YOU BY USING THREATS OF VIOLENCE OR ARREST OR BY USING OBSCENE LANGUAGE. COLLECTORS MAY NOT USE FALSE OR MISLEADING STATEMENTS OR CALL YOU AT WORK IF THEY KNOW OR HAVE REASON TO KNOW THAT YOU MAY NOT RECEIVE PERSONAL CALLS AT WORK. FOR THE MOST PART, COLLECTORS MAY NOT TELL ANOTHER PERSON, OTHER THAN YOUR ATTORNEY OR SPOUSE, ABOUT YOUR DEBT. COLLECTORS MAY CONTACT ANOTHER PERSON TO CONFIRM YOUR LOCATION OR ENFORCE A JUDGMENT. FOR MORE INFORMATION ABOUT DEBT COLLECTION ACTIVITIES, YOU MAY CONTACT THE FEDERAL TRADE COMMISSION AT 1-877-FTC-HELP OR WWW.FTC.GOV.

Phillips & Cohen Associates, Ltd. • 1002 Justison Street • Wilmington, DE 19801 • 866-329-6662