# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MARTHA ARROYO,, | Case No.: 2:10-cv-03084-MCE-EFB |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PHILLIPS & COHEN ASSOCIATES, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Date: June 24, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE